IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON LEE,
ADC #123545                                                                                                   PLAINTIFF

VS.                                       4:18-CV-694-BRW-BD

FAUGHN, *et al*.                                                                    DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Lee's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Lee's claims against Defendant Pulaski County Regional Detention Facility are DISMISSED, with prejudice; and the Detention Facility is DISMISSED from this lawsuit.

IT IS SO ORDERED, this 27th day of November, 2018.


                                                             /s/ Billy Roy Wilson_____
                                                             UNITED STATES DISTRICT JUDGE