IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON LEE,
ADC #123545                                                                                  PLAINTIFF

V.                                      4:18-CV-694-BRW-BD

KRISTEN FAUGHN, *et al*.                                                          DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 15th day of April, 2019.


                                                Billy Roy Wilson_____
                                           UNITED STATES DISTRICT JUDGE